NUMBERS 13-07-067-CR AND 13-07-068-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________ _________


JOHNNIE L. NICKLES, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________ ______


On appeal from the 105th District Court


of Nueces County, Texas.


_________________________________________________________ _________


MEMORANDUM OPINION





Before Chief Justice Valdez and Justices Yañez and Rodriguez


Memorandum Opinion Per Curiam





 Appellant, JOHNNIE L. NICKLES, attempts to appeal convictions for possession
of cocaine and evading arrest. The trial court has certified that this "is a plea-bargain
case, and the defendant has NO right of appeal." See Tex. R. App. P. 25.2(a)(2).

 On February 5, 2007, this Court notified appellant's counsel of the trial court's
certifications and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certifications.

 On February 22, 2007, counsel filed a letter brief with this Court. Counsel's
response does not establish (1) that the certifications currently on file with this Court
are incorrect or (2) that appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court's certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, these appeals are dismissed. Any pending motions are denied as moot.


 PER CURIAM


Do not publish. 

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and 

filed this 8th day of March, 2007.